THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00159-MR
CRIMINAL CASE NO. 1:07-cr-00032-MR-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| DARIAN K. ROBINSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Reconsider and to Clarify the Prior Order of this Court." [Doc. 7].

Upon review of the Defendant's motion, the Court finds no basis in law to reconsider and/or clarify its prior Order.

Accordingly, **IT IS, THEREFORE, ORDERED** the Defendant's "Motion to Reconsider and to Clarify the Prior Order of this Court" [Doc. 7] is **DENIED**.

**IT IS SO ORDERED**.

Signed: November 17, 2017

Martin Reidinger
United States District Judge